UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WINFRED LEON WALKER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | C.A. NO. C-07-060 |
| | § | |
| GARY JOHNSON, et al.,<br>    Respondents. | §<br>§<br>§ | |

## ORDER DENYING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING CAUSE

The United States Magistrate Judge filed her Memorandum and Recommendation on February 12, 2007 (D.E. 5). Petitioner timely filed objections (D.E. 7). However, petitioner's objections are mere repetitions of his earlier legal arguments.

Having reviewed de novo the record, the Court accepts the Magistrate Judge's recommended decision.

The Court DENIES plaintiff's application to proceed *in forma pauperis* (D.E. 2). The Court also DISMISSES plaintiff's suit without prejudice. The Court permits plaintiff to reinstate this suit if he pays the $350.00 filing fee in conjunction with filing a motion to reinstate.

ORDERED this _____24_____ day of _____Aug_____, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE